**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2007

GREGORY C. LANGHAM
CLER''

Civil Action No. **07 - CV - 02397**-

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

ROOSEVELT W. GILLETTE II,

     Plaintiff,

v.

BROOMFIELD POLICE DEPARTMENT,
OFFICER MADDOX (Broomfield PD),
OFFICER SCOTT (Broomfield PD),
OFFICER BROWN (Broomfield PD),
OFFICER LUCERO (Broomfield PD),
SGT. WALTZ (Broomfield PD),
COMM. HARTMAN (Broomfield PD), and
CHIEF TOM DELAND (Broomfield PD),

     Respondent.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted

(2) ___ is missing affidavit

(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4) ___ is missing required financial information

(5) ___ is missing an original signature by the prisoner

(6) ___ is not on proper form (must use the court's current form)

(7) ___ names in caption do not match names in caption of complaint, petition or habeas application

(8) ___ An original and a copy have not been received by the court. Only an original has been received.

(9) _X_ other: <u>Account statement submitted is not certified by a prison official and does not cover the entire 6-month period.</u>

**Complaint, Petition or Application**:

(10) ___ is not submitted

(11) ___ is not on proper form (must use the court's current form)

(12) ___ is missing an original signature by the prisoner

(13) ___ is missing page nos. ___

(14) ___ uses et al. instead of listing all parties in caption

(15) ___ An original and a copy have not been received by the court. Only an original has been received.

(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.

(17) ___ names in caption do not match names in text

(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the compaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 14th day of November , 2007.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.   07 - CV - 02397 BNB

Roosevelt W. Gillette II
Reg. No. 08910
11600 Ridge Parkway
Broomfield, CO 80020

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on____11\15\07____

GREGORY C. LANGHAM, CLERK

By:_____
                      Deputy Clerk