# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 07-cv-02397-REB-KLM

ROOSEVELT W. GILLETTE, II,

      Plaintiff,

v.

BROOMFIELD POLICE DEPARTMENT,
OFFICER MADDOX (Broomfield PD),
OFFICER SCOTT (Broomfield PD),
OFFICER BROWN (Broomfield PD),
OFFICER LUCERO (Broomfield PD),
SGT. WALTZ (Broomfield PD),
COMM. HARTMAN (Broomfield PD), and
CHIEF TOM DELAND (Broomfield PD),

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 3 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

---

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore,

that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served  shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated December 12, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02397-REB-KLM

Roosevelt W. Gillette
Prisoner No. 08910
11600 Ridge Parkway
Broomfield, CO 80020

US Marshal Service
Service Clerk
Service forms for: Broomfield Police Department,
Officer Maddox, Officer Scott, Officer Brown,
Officer Lucero, Sgt. Waltz, Commander Hartman, and Chief Deland

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Broomfield Police Department, Officer Maddox, Officer Scott, Officer Brown, Officer Lucero, Sgt. Waltz, Commander Hartman, and Chief Deland: COMPLAINT FILED 11/15/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/13/07 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk