IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02397-REB-KLM

ROOSEVELT W. GILLETTE, II,

    Plaintiff,

v.

BROOMFIELD POLICE DEPARTMENT,
OFFICER MADDOX,
OFFICER SCOTT,
OFFICER BROWN,
OFFICER LUCERO,
SGT. WALTZ,
COMM. HARTMAN, and
CHIEF TOM DELAND,

    Defendants.
_____

### ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **February 20, 2008 at the hour of 11:00 a.m.**, in Courtroom A501, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. Plaintiff and his case manager, if any, shall contact the court at **(303) 844-4892** on the above date and time in order to participate.

Dated:     December 14, 2007