IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02397-REB-KMT

ROOSEVELT W. GILLETTE, II,

    Plaintiff,

v.

BROOMFIELD POLICE DEPARTMENT,
OFFICER MADDOX,
OFFICER SCOTT,
OFFICER BROWN,
OFFICER LUCERO,
SGT. WALTZ,
COMM. HARTMAN, and
CHIEF TOM DELAND,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    The matter before me is the **Report and Recommendation of United States Magistrate Judge Regarding Order To Show Cause** [#45], filed May 29, 2008. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] I have considered carefully the recommendation and the applicable case law. The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find

---

[1] This standard pertains even though plaintiff is proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Report and Recommendation of United States Magistrate Judge Regarding Order To Show Cause** [#45], filed May 29, 2008, is **APPROVED AND ADOPTED** as an order of this court; and

2. That the plaintiff's claims against defendants are **DISMISSED WITHOUT PREJUDICE** for failure to appear at the April 15, 2008, scheduling conference and the May 28, 2008, status hearing, failure to make monthly payments as required to proceed *in forma pauperis*, and failure to respond to the Order To Show Cause issued by the United States Magistrate Judge.

Dated June 18, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**